# UNITED STATES DISTRICT COURT
for
## WESTERN DISTRICT OF TENNESSEE

FILED BY ____ D.C.

05 OCT 21 PM 2: 45

THOMAS M. GOULD

U.S. A. vs. Kevin Cox     Docket No.     2:96CR20010-001 DISTRICT COURT
W/D OF TN MEMPHIS

**COMES NOW** _Patrick Hanley_, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of _Kevin Cox_, who was placed on supervision by the Honorable _Bernice Donald_ sitting in the Court at _Memphis, Tennessee_, on the 24th day of _September_, 19_96_, who fixed the period of supervision at _four (4) years *_ and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

\*       **Term of Supervised Commenced on October 22, 2001.**

\*\*     **Kevin Cox's conditions of Supervised Release were MODIFIED by the Court on the 9th day of September, 2004. Mr. Cox was directed to perform One Hundred (100) Hours of Community Service as a sanction for committing the offense of Possession of a Controlled Substance.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Kevin Cox's term of supervision is scheduled to expire on October 21, 2005. However, Kevin Cox has completed only 45.5 hours of Community Service, leaving him with a balance of 54.5 hours. It appears that Mr. Cox failed to complete the community service due in part to his work schedule and reportedly suffering from a minor stroke earlier this year.

It is requested that Mr. Cox's period of supervision be extended to allow him enough time to complete his outstanding hours of Community Service. Mr. Cox has signed the attached Waiver of Hearing (Probation Form 49) agreeing to the extension.

**PRAYING THAT THE COURT WILL ORDER** that Kevin Cox's term of Supervised Release be EXTENDED for a period of six (6) months or until he performs the remaining 54.5 hours of Community Service.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 20 day of October, 2005, and ordered filed and made a part of the records in the above case. | Patrick Hanley<br>United States Probation Officer |
| _signature_<br>United States District Judge | Place:  Memphis, Tennessee<br><br>Date:  October 19, 2005 |

This document entered on the docket sheet in compliance with Rule 58 and/or 32(b) FRCrP on 10-24-05

44

## United States District Court

## WESTERN District TENNESSEE

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following Modification of my conditions of Supervised Release or to the proposed extension of my term of supervision:

> I, Kevin Cox, the defendant, agrees that my term of Supervised Release shall be extended for a term of six (6) months (April 21, 2006), or until such time as I complete the remaining 54.5 hours of the One Hundred (100) hours of Community Service work heretofore ordered by the Court and that the Community Service work can and shall be verified by the Probation Office.

Witness: _Patrick J. Hanley_
United States Probation Officer

Signed: _Kevin Cox_
Probationer/Supervised Releasee

10-17-05
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:96-CR-20010 was distributed by fax, mail, or direct printing on October 24, 2005 to the parties listed.

---

Paul M. O'Brien
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT